566 F.2d 573
 Petra RAMOS, Plaintiff-Appellant,
v.
TEXAS TECH UNIVERSITY et al., Defendants-Appellees.
 No. 77-2222
 
 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Jan. 16, 1978.
 David T. Lopez, Houston, Tex., for plaintiff-appellant.
 James H. Milam, Cecil Kuhne, Lubbock, Tex., John L. Hill, Atty. Gen., Scott Garrison, Asst. Atty. Gen., Austin, Tex., for Texas Tech.
 Before AINSWORTH, MORGAN and GEE, Circuit Judges.
 PER CURIAM:
 
 
 1
 On the basis of the opinion below, --- F.Supp. ---- (W.D.Tex.1977), the judgment is
 
 
 2
 AFFIRMED.
 
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I